IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HENRY ALBERT JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26cv559 |
| | ) | |
| JOEY LEMMONS et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 9, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636, including "supplements." (Doc. 6, 7, and 8.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the complaint is DISMISSED without prejudice for failure to state a claim. If Plaintiff Jones refiles, he should explain, in detail, what each defendant did and how those actions give rise to his claims against that defendant, specifically.

/s/ Thomas D. Schroeder

October 28, 2026 United States District Judge